FILED

07/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0136

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0136

_____

AUSTIN LAKE,

      Petitioner and Appellant,

    v.

                                      O R D E R

DEPARTMENT OF LABOR AND INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD,

      Respondent and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Austin Lake, to all counsel of record, and to the Honorable John Mercer, District Judge.

                                   For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 17 2024